UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BASEM AL-JEBORY,

        Plaintiff,

vs.

Case No. 07-CV-14557
HON. GEORGE CARAM STEEH

U.S. IMMIGRATION AND NATURALIZATION
SERVICE,

        Defendant.
_____/

### ORDER DIRECTING PLAINTIFF TO ACCOMPLISH SERVICE

Plaintiff Basem Al-Jebory, appearing pro per, filed a complaint on October 25, 2007 alleging that his July 21, 2006 application for naturalization has yet to be adjudicated because the FBI name-check process "has unjustifiably taken too long." The court has reviewed the complaint and finds it is not subject to summary dismissal. By operation of Federal Rule of Civil Procedure 12(a)(3), defendant is required to file a response to the complaint within 60 days *after service*. Plaintiff has not yet filed a proof of service with the court demonstrating that service upon the defendant has been accomplished. If service of a summons and complaint is not made upon a defendant within 120 days after the filing of a complaint, the court may on its own initiative after notice to the plaintiff dismiss the action without prejudice. Fed. R. Civ. P. 4(m). Accordingly,

Plaintiff is hereby directed to properly serve defendant with a copy of the summons and complaint, and file a corresponding proof of service with the court, on or before February 25, 2008. Failure to comply with this Order may result in the dismissal of this lawsuit without prejudice.

        SO ORDERED

Dated: November 15, 2007

>  s/George Caram Steeh
>  GEORGE CARAM STEEH
>  UNITED STATES DISTRICT JUDGE

> CERTIFICATE OF SERVICE
>
> Copies of this Order were served upon attorneys of record on November 15, 2007, by electronic and/or ordinary mail.
>
> s/Josephine Chaffee
> Deputy Clerk